In the Matter of the Application of MILLER-OWEN, OTIS & BAILLY, Respondents, for an Order Fixing and Determining the Compensation of MILLER, OWEN, OTIS & BAILLY for Services Rendered to ROBERT DAVID LION GARDINER, Appellant, a Distributee and a Legatee under the Last Will and Testament of MARY G. THOMPSON, Deceased. In the Matter of the Application of JOHN McKIM MINTON, JR., Respondent, for an Order Fixing and Determining the Compensation of JOHN McKIM MINTON, JR., for Services Rendered to ROBERT DAVID LION GARDINER, Appellant, a Distributee and a Legatee under the Last Will and Testament of MARY G. THOMPSON, Deceased.— Decrees unanimously modified by reducing the amount of the allowance to the petitioners Miller, Owen, Otis & Bailly and

Maurice Finkelstein and Freda B. Hennock to the sum of $25,000, and by reducing the amount of the allowance to the petitioner, John McKim Minton, Jr., to the sum of $10,000, and as so modified affirmed, without costs. No opinion. Present Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.